**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WANAG TAHATAN-BEY ET AL.,** <br> Plaintiffs, <br> vs. <br> **NATIONSTAR MORTGAGE LLC,** <br> Defendant. | Case No.: 25-cv-07333 YGR <br><br> **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable William H. Orrick *sua sponte* to consider whether it is related to *Numinutitska Penatekawa Tribal Trust et al v. Nationstar Mortgage LLC*, Case No. 23-cv-5162.

**IT IS SO ORDERED.**

Date: September 15, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**